# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES GRAYER

NO. 2022 KW 0217

**JUNE 24, 2022**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-93-0453.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT NOT CONSIDERED.**  The State of Louisiana failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3, by failing to timely request a return date.  See **Tower Credit, Inc. v. Bradley**, 2015-1164 (La. App. 1st Cir. 4/15/16), 194 So.3d 62, 65.  Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT